1

2

3

4

5

6

7

8                                    UNITED STATES DISTRICT COURT

9                                    EASTERN DISTRICT OF CALIFORNIA

10

11   ROBERT TAPIA,                                    1:12-CV-1295 JLT  (HC)

12              Petitioner,
                                                      ORDER DENYING MOTION FOR
13        vs.                                         APPOINTMENT OF COUNSEL

14   K. ALLISON,
                                                      (Doc. 2)
15              Respondent.

16   _____/

17        Petitioner has requested the appointment of counsel, citing his lack of financial ability

18   as grounds therefore.  (Doc. 2).  There currently exists no absolute right to appointment of

19   counsel in habeas proceedings.  See, e.g., Anderson v. Heinze, 258 F.2d 479, 481 (9th Cir.

20   1958); Mitchell v. Wyrick, 727 F.2d 773, 774 (8th Cir. 1984).  However, Title 18 U.S.C. §

21   3006A(a)(2)(B) authorizes the appointment of counsel at any stage of the case if "the interests

22   of justice so require."  See Rule 8(c), Rules Governing Section 2254 Cases.  In the present case,

23   the Court does not find that the interests of justice require the appointment of counsel at the

24   present time.  Accordingly, IT IS HEREBY ORDERED that Petitioner's request for

25   appointment of counsel (Doc. 2), is DENIED.

26   IT IS SO ORDERED.

27   Dated:   **August 14, 2012**              _____**/s/ Jennifer L. Thurston**_____
                                               UNITED STATES MAGISTRATE JUDGE
28